169 So. 223

### Clifton HAIRRELL v. STATE.

#### 8 Div. 744.

Supreme Court of Alabama.

June 18, 1936.

Raymond Murphy, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of Clifton Hairrell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hairrell v. State, 169 So. 222.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.